```
759875
```

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

**Plaintiff**
BROADCAST MUSIC, INC., ET AL

vs

**Defendant**
HILLSIDE LOUNGE INC. D/B/A BERNIE'S, ET AL

DOCKET NO. 3:25-CV-00704

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30
$ _____

**Person to be served:** BERNARD WALLACE

**Address:**
125 HILLSIDE ROAD
CHESTER NJ 07930

**Attorney:**
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK NJ 07102

**Papers Served:**
SUMMONS & COMPLAINT; SCHEDULE A

**Service Data:**

Served Successfully ✓   Not Served ____   Date: 2/8/2025   Time: 3:44 PM   Attempts: ____

____ Delivered a copy to him/her personally

✓ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Eric Wallace
son

**Description of Person Accepting Service:**

Age: 53   Height: 5'8   Weight: 170   Hair: Salt + Pepper   Sex: male   Race: Caucasian

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                     _____ Date _____ Time
                     _____ Date _____ Time
( ) Other: _____   Comments or Remarks _____

I, JOEL SANCHEZ _____, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

**Subscribed and Sworn to me this**
10th day of Feb 2025

_____          _____   2/10/2025
Notary Signature                                  Signature of Process Server      Date

PAOLA G. SANCHEZ
NOTARY PUBLIC
State of New Jersey
ID # 50014940
My Commission Expires April 28, 2025

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   759875

File No.   3:25-CV-00704

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BROADCAST MUSIC, INC., ET AL.,
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

HILLSIDE LOUNGE INC., ET AL.,
*Defendant*

CASE NUMBER: **3:25–CV–00704–ZNQ–JTQ**

TO: *(Name and address of Defendant):*

> Bernard Wallace
> 125 Hillside Road
> Chester, New Jersey 07930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> J. Brugh Lower
> GIBBONS P.C.
> One Gateway Center
> Newark, New Jersey 07102
> 973-596-4581
> jlower@gibbonslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



ISSUED ON 2025–01–24 15:30:34, Clerk USDC NJD